*E-Filed 9/13/2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COOK, | NO. C 06 05950 RS |
| Plaintiff, | **ORDER DENYING "MOTION FOR RECONSIDERATION AND SUMMARY OR JUDGMENT"** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

Plaintiff's motion filed August 30, 2007 is denied. To the extent the papers plaintiff filed on September 7, 2007 seek additional or different relief from that sought in the August 30, 2007 motion, such request or requests are also denied.

IT IS SO ORDERED.

Dated: September 13, 2007

RICHARD SEEBORG
United States Magistrate Judge

C 06 05950 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James A. Scharf, james.scharf@usdoj.gov

**AND A COPY MAILED TO:**

Michael Cook
T-79529
California State Prison Sacramento - New Folsom
P. O. Box 290066
Represa, CA 95671

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated:  9/13/2007**                                          **Richard W. Wieking, Clerk**

                                                                **By:**_____
                                                                        **Chambers**

C 06 05950 RS

2