1

2

3                                                          *E-FILED 1/15/08*

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9   MICHAEL COOK,                              NO. C 07-06068 RS

10              Plaintiff,                     **ORDER RE HEARINGS**

11      v.

12  JACOB PEREZ,

13              Defendant.

14  _____/

15

16      Unless otherwise specifically ordered, all motions in this action or in any of the actions that

17  have been determined to be a "related case" hereto, shall be deemed submitted for decision without

18  oral argument pursuant to Civil Local Rule 7-1(b) on the dates such motions are noticed for hearing.

19  The parties shall continue to comply with the Civil Local Rules with respect to setting hearing dates

20  for any and all motions, because setting hearing dates allows the parties and the Court to calculate

21  when briefing is due, but it will be understood that no appearances on such hearing dates will be

22  expected or permitted.

23

24  IT IS SO ORDERED.

25  Dated: January 15, 2008

26                                            _____
                                              RICHARD SEEBORG
                                              United States Magistrate Judge
27

28

                                            1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James A. Scharf     james.scharf@usdoj.gov, mimi.lam@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Michael Cook
T-79529
Kern Valley State Prison
California State Prison
Post Office Box 5104
Dalano, CA 93216

**Dated: 1/15/08**                                    **Richard W. Wieking, Clerk**

                                                       **By:** _____ **Chambers** _____