**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Charles Cook, | NO. C 06-01965 JW |
| Plaintiff, | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; REFERRING CASE FOR RELATED CASE DETERMINATION** |
| v. | |
| Social Security Administration, et al., | |
| Defendants. | |

Michael Cook ("Plaintiff"), in *pro per*, brings this action against the Social Security Administration and the Commissioner of the Social Security Administration (collectively, "Defendants"). Before the Court is Plaintiff's Application to Proceed in Forma Pauperis based on his declaration of poverty. (hereafter, "Motion," Docket Item No. 3.)

Title 28 U.S.C. Section 1915(a)(1) provides that "Any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." Section 1915 further states that "such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U. S.C. § 1915.

Although the Ninth Circuit has not directly addressed whether non-prisoners may bring suit in forma pauperis under the 1996 amendment to § 1915(a), other circuits have found that this right

still exists. Floyd v. United States Postal Serv., 105 F.3d 274, 275-77 (6th Cir. 1997) (overruled on other grounds); Schagene v. U.S., 37 Fed. Cl. 661, 662 (Fed. Cl. 1997); see also Leonard v. Lacy, 88 F.3d 181, 183 (2d Cir. 1996).  In addition, the Supreme Court has held that an in forma pauperis applicant need not be "absolutely destitute to enjoy the benefit of the statute." Adkins v. E.I. Du Pont De Nemours & Co., 335 U.S. 331, 339 (1948).  It is sufficient if an applicant provides an affidavit stating that because of his poverty, he cannot "pay or give security for the costs" of a suit. Id.

Plaintiff is currently incarcerated in the California Department of Corrections and Rehabilitation.  Plaintiff states under penalty of perjury that he does not earn any money and does not have any assets. (Motion at 2-3.)  Plaintiff has also provided evidence that he does not have any funds in his prisoner trust account. (Motion, Ex. A.)  Based on his declaration of poverty, the Court GRANTS Plaintiff's Application to Proceed in Forma Pauperis.

Pursuant to Civil Local Rule 3-12(c), the Court refers the case to Magistrate Judge Seeborg for a determination as to whether this case is related to Michael Cook v. Lydia Balano, C 06-5950 RS.

Dated: July 25, 2008

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Charles Cook
CSP New Folsom
P. O. Box 2900-66
Represa, Ca 95671-0066

**Dated: July 25, 2008**                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**